IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN J. GORMAN, IV, | § | Case No. 16-10740-TMD |
| | § | Chapter 7 |
| DEBTOR. | § | |

## DEBTOR'S AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS IN ACCORDANCE WITH LOCAL RULE OF BANKRUPTCY PROCEDURE 1019 (AS MODIFIED)

## BACKGROUND

1. John J. Gorman, IV (the "**Debtor**") filed for Chapter 11 relief on June 27, 2016 (the "**Petition Date**").

2. On October 13, 2016, the Court entered an order appointing Richard Schmidt to serve as the Chapter 11 Trustee (the "**Chapter 11 Trustee**"). (Dkt. No. 110).

3. On March 31, 2019, the Debtor's case was converted to Chapter 7.

4. On April 1, 2019, John Patrick Lowe was appointed to serve as the Chapter 7 Trustee (the "**Chapter 7 Trustee**").

5. On June 28, 2019, in accordance with Local Rule 1019, the Debtor filed *Debtor's Amendments to Schedules of Assets and Liabilities and Statement of Financial Affairs in Accordance with Local Rule of Bankruptcy Procedure 1019* ("**Debtor's Amendments**") (Dkt. No. 454). Based on questions raised by the Chapter 7 Trustee after the filing and in anticipation of the §341 meeting currently scheduled for July 29, 2019, the Debtor files this modification to

the Debtor's Amendments.[1] The Debtor is prepared to address this modification at his §341 meeting.

## SCHEDULES

6. On August 15, 2016, the Debtor filed his Amended Schedule of Assets and Liabilities (collectively, as amended and supplemented from time to time, the "**Schedules**") (Dkt. No. 28) and the Amended Statement of Financial Affairs (Dkt. No. 29) (collectively, the "**SOFA**," and, together with the Schedules, the "**Schedules and Statements**") in the United States Bankruptcy Court for the Western District of Texas, Austin (the "**Bankruptcy Court**") in accordance with section 521 of title 11 of the United States Code (the "**Bankruptcy Code**"), and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

7. On January 26, 2017, the Chapter 11 Trustee filed an objection to the Debtor's exemptions. (Dkt. No. 147).

8. On June 19, 2017, the Debtor filed an Amended Schedule C. (Dkt. No. 171).

9. By order dated October 23, 2017, the Court approved a mediated settlement between the Chapter 11 Trustee and the Debtor pursuant to Bankruptcy Rule 9019, whereby the Chapter 11 Trustee withdrew his prior objection to certain of the Debtor's exemptions (the "**Settlement Order**"). (Dkt. No. 227).

10. On February 11, 2019, the Debtor filed a Supplement to his Schedule C to assert an exemption with regard to certain litigation claims. (Dkt. No. 345).

---

[1] On July 25, 2019, the Chapter 7 Trustee requested that the Debtor file wholly new schedules A, B, and C utilizing Official Forms to reflect the modifications noted herein. However, such an amendment is: (i) cost-prohibitive, (ii) beyond the scope of the Bankruptcy Rules and Local Rules, and (iii) additionally problematic given the Debtor is asked to file a post-petition amendment of schedules three years into a case in which he was divested of control, which schedules purport to provide information "as of" the Petition Date. Thus, the Debtor has filed this modification in good faith in order to comport with Local Rule 1019.

11. The Chapter 11 Trustee asserted that the supplement to the Debtor's Schedule C has reopened the deadline for parties in interest to object to all of the Debtor's claimed exemptions. *See* (Dkt. No. 359). The Debtor disputes this assertion.

12. On March 1, 2019, the Court entered an order extending the time period for all parties in interest to object to the Debtor's exemptions without hearing. (Dkt. No. 360).

13. The Debtor asserts that with respect to the Debtor's claimed exemptions that were allowed pursuant to the Settlement Order, such Order is *res judicata* with regard to such exemptions.

## **GENERAL RESERVATIONS**

14. As set forth above, during the course of the Chapter 11 bankruptcy, the Chapter 11 Trustee controlled the financial affairs of the estate. Accordingly, the Debtor would direct parties in interest to the Chapter 11 Trustee's report in accordance with Federal Rule of Bankruptcy Procedure 1019 as to post-petition transactions. Nevertheless, in accordance with Local Rule 1019, the Debtor has made good faith efforts to ensure that the Schedules and Statements are accurate and complete to the best of his knowledge based upon the limited information that is available to him at the time of the preparation hereof. Likewise, counsel was unable to assist the Debtor substantively with any investigation of the Debtor's books and records in preparation of this Amendment given that the Debtor no longer possesses the original books and records from which the Schedules and Statements were originally prepared. Subsequent information or discovery may result in changes to the Schedules and Statements, and inadvertent errors or omissions may exist. Likewise, given the establishment of a bar date in these cases, the claims register may reflect the most recent claims data.

15. The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles nor are they intended to be fully reconcilable to audited financial statements. Because the Schedules and Statements contain unaudited information, which remains subject to further review, verification, and potential adjustment, there can be no assurance that the Schedules and Statements are complete. The Debtor reserves all rights to dispute or otherwise assert offsets or defenses to any claim reflected in the Schedules and Statements as to amount, liability, or classification.

16. The Debtor reserves all rights relating to the legal ownership of assets and liabilities, and nothing in the Schedules or Statements shall constitute a waiver or relinquishment of such rights.

17. Unless otherwise noted, the Schedules and Statements reflect the carrying value of the assets and liabilities as recorded on the Debtor's books as of the Petition Date. Net book values may vary, sometimes materially, from market values. The Debtor has not endeavored to amend these Schedules and Statements to reflect market values.

18. The Bankruptcy Court authorized the Chapter 11 Trustee to pay certain claims from time to time. Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities. Where the Schedules list creditors and set forth the Debtor's scheduled amount of such claims, such scheduled amounts reflect amounts owed as of the Petition Date. The Debtor reserves all rights to file claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities.

19. Claim amounts that could not readily be quantified by the Debtor are scheduled as "unknown" or "undetermined." The description of an amount as "unknown," or "undetermined" is not intended to reflect upon the materiality of such amount.

**DEBTOR'S AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS IN ACCORDANCE WITH <u>LOCAL RULE OF BANKRUPTCY PROCEDURE 1019 (AS MODIFIED)</u>**
i_9258319v.2

Page 4 of 11

## AMENDMENTS

1. **Classifications**. Listing a claim (a) on Schedule D as "secured," (b) on Schedule E as "priority," or (c) on Schedule F as "unsecured," or a contract on Schedule G as "executory" or "unexpired," does not in each case constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to file an objection seeking to recharacterize or reclassify such claim or contract.

2. **Schedule A/B - Real and Personal Property**.

    a) **Schedule A/B. Part 1.** All real property owned by the Debtor was sold pursuant to Court order prior hereto.

    b) **Schedule A/B. Part 2.** The Ford F250 listed on the Debtor's Schedules at 3.1. was also sold during the bankruptcy.

    c) **Schedule A/B. Part 3.** All of the property listed in Section 6. has been sold or has been otherwise disposed of by the Debtor (all of which was exempt).

    d) **Schedule A/B. Part 3. 17/18.** Bank/stock account balances are true and correct to the best of the Debtor's knowledge as of the Petition Date.

    e) **Schedule A/B. Part 4. 33.** The Debtor's claims against third parties is supplemented to include the following claims in addition to those listed on Schedule A/B (Dkt. No. 28):

    - All of the Debtor's rights under the Trenwick-Tejas Voting Agreement and Irrevocable Proxy dated January 31, 2005, and the Trenwick Stepdown Agreement dated May 3, 2006, including those rights originally held in the name of Tejas Securities Group, Inc. 401(K) Plan and Trust FBO John J. Gorman.

    - Commercial tort claims and causes of action held by the Debtor or in the name of the Tejas Securities Group, Inc. 401(K) Plan and Trust FBO John J. Gorman against, *inter alia*, National Union Fire Insurance of Pittsburgh PA, Tejas Securities Group, Inc., Gary Salamone, Michael Dura, Robert Halder, A. Peter Monaco, James J. Pallotta, Michael Navarre, Darrell Windham, James Fellus, Greenberg Traurig, LLP, Norton Rose, Fulbright Jaworski, Focus Strategies LLC, Lovell Minnick Partners, Raptor Capital Management LP and Apex Clearing Corporation, and any others acting in concert with same for acts and omissions leading to loss of the Debtor's exemptions with respect to those certain IRAs and Roth IRAs made part of the Settlement Order, which held, *inter alia,* securities in Trenwick America LLC, Odeon Capital Group LLC, Westech Capital Corporation and Ecoturismo La Escondida Mgt, LLC, RBarC LLC interests and easements and Epoia Interactive

Studios LLC. The Debtor also asserts that the proceeds of any insurance policy related to the foregoing constitutes exempt property, including but not limited to, that certain Directors and Officers Policy issued by Federal Insurance Company (Policy No. 8224-5497).

- Causes of actions against Tejas Securities Group, Inc., Robert Halder, Gary Salamone and Apex Clearing Corporation (Arb. No. 14-00936) with respect to FINRA violations, including the SPIC insurance related thereto.

3. **Schedule C – Exempt Property.**

   a) **Schedule C. Part 1.** The real property (5404 Maryanna) and the vehicle (2014 Ford) listed in Item 2. have been sold. All of the furniture and appliances (referring therein to Line A/B.6.1) has been disposed of.

   b) Pursuant to the Settlement Order, the Debtor waived his exemption as to the following IRAs and the securities in such IRAs (The following references are made to Dkt. No. 171):

   - Roth IRA: Fidelity (xxxxx5614) — $43.83
   - Traditional IRA: Odeon Capital Group LLC (xxx-xx0107) — $22,769.80
   - Traditional IRA: Fidelity (xxxxx5607) — $42.86
   - Roth IRA: Trenwick America, LLC (xxx-x0318) — Unknown
   - Roth IRA: JP Morgan Chase Bank, N.A. (xxxxx0009) — $39.99
   - Roth IRA: Ecoturismo La Escondida Mgt, LLC, — $60,000.00
   - Roth IRA: 12 shares in Westech Capital Corporation Series A Preferred — Unknown
   - Roth IRA: Apex Clearing Corporation — Unknown

**DEBTOR'S AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS IN ACCORDANCE WITH LOCAL RULE OF BANKRUPTCY PROCEDURE 1019 (AS MODIFIED)**
i_9258319v.2

Page 6 of 11

    c)    Pursuant to the Supplement to Schedule C (Dkt. No. 345) and as set forth below, the Debtor claims an exemption as to the following:

- All of the Debtor's rights under the Trenwick-Tejas Voting Agreement and Irrevocable Proxy dated January 31, 2005, and the Trenwick Stepdown Agreement dated May 3, 2006, including those rights originally held in the name of Tejas Securities Group, Inc. 401(K) Plan and Trust FBO John J. Gorman. (Tex. Prop. Code § 42.0021)

- Commercial tort claims and causes of action held by the Debtor or in the name of the Tejas Securities Group, Inc. 401(K) Plan and Trust FBO John J. Gorman against, *inter alia*, National Union Fire Insurance of Pittsburgh PA, Tejas Securities Group, Inc., Gary Salamone, Michael Dura, Robert Halder, A. Peter Monaco, James J. Pallotta, Michael Navarre, Darrell Windham, James Fellus, Greenberg Traurig, LLP, Norton Rose, Fulbright Jaworski, Focus Strategies LLC, Lovell Minnick Partners, Raptor Capital Management LP and Apex Clearing Corporation, and any others acting in concert with same for acts and omissions leading to loss of the Debtor's exemptions with respect to those certain IRAs and Roth IRAs made part of the Settlement Order, which held, *inter alia,* securities in Trenwick America LLC, Odeon Capital Group LLC, Westech Capital Corporation and Ecoturismo La Escondida Mgt, LLC, RBarC LLC interests and easements and Epoia Interactive Studios LLC. The Debtor also asserts that the proceeds of any insurance policy related to the foregoing constitutes exempt property, including but not limited to, that certain Directors and Officers Policy issued by Federal Insurance Company (Policy No. 8224-5497). (Tex. Prop. Code § 42.0021)

- The Debtor asserts that any cause of actions held against Tejas Securities Group, Inc., Robert Halder, Gary Salamone and Apex Clearing Corporation (Arb. No. 14-00936) with respect to FINRA violations, including the SPIC insurance related thereto, also constitute exempt property. (Tex. Prop. Code § 42.0021)

4.    **Schedule D - Creditors Holding Secured Claims**. Except as otherwise agreed pursuant to a stipulation or order entered by the Bankruptcy Court, the Debtor reserves his rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D of the Debtor. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all of his rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are solely intended to be a summary and not an admission of liability.

Moreover, the Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

The following Schedule D claims have either been satisfied or are no longer secured due to the sale of underlying collateral:

| | | |
|---|---|---:|
| a) | Centennial Bank – Item 2.2 | ($1,657,141.14) |
| b) | Ford Motor Credit – Item 2.3 | ($29,676.42) |
| c) | Green Park Homeowners Association – Item 2.5 | ($350.00) |
| d) | JPMorgan Chase – Item 2.6 | ($1,654,236.60) |
| e) | JPMorgan Chase – Item 2.7 | ($859,954.96) |
| f) | Lake Point Homeowners Association – Item 2.8 | (Unknown) |
| g) | Seterus – Item 2.9 | ($68,865.22) |

5. **Schedule E/F – Creditors Holding Unsecured Claims**.

   a) **Schedule E/F. Item 4. 39.** The automobile associated with this debt belonged to the Debtor's former spouse. This debt should be "Contingent" and "Disputed."

## GENERAL DISCLOSURES APPLICABLE TO SOFA

1. **General Reservations.** Given that the SOFA requests information "as of" the Petition Date, the Debtor has not endeavored to update his responses to the current date, except as set forth below.

2. **SOFA. Part 1. Question 1.** The Debtor and his wife are now divorced, but a final property settlement has not yet been entered.

3. **SOFA. Part 4. Question 9.** The Debtor reserves all of his rights and defenses with respect to any and all listed lawsuits and administrative proceedings. The listing of any such suits and proceedings shall not constitute an admission by the Debtor of any liabilities or that the actions or proceedings were correctly filed against the Debtor or any affiliates of the Debtor. The Debtor also reserves his rights to assert that a Debtor is not an appropriate party to such actions or proceedings. The Debtor has not endeavored to amend the SOFA to update such litigation after the Petition Date, given that most litigation was stayed or controlled by the Chapter 11 Trustee.

## POST-PETITION TRANSACTIONS

Except as set forth below, the Debtor is not aware of any undisclosed post-petition transactions or Chapter 11 administrative expenses other than those incurred or controlled by the Chapter 11 Trustee:

Dustin Krieger, 235 Bluff Woods, Driftwood, Texas 78619
Incurred March 19, 2018
Post-petition claim $20,000
Landscaping for sale of home and haul away trash.

Dated: July 26, 2019.

_____
John J. Gorman, Debtor

## DECLARATION IN SUPPORT OF DEBTOR'S AMENDMENTS TO SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS IN ACCORDANCE WITH LOCAL RULE OF BANKRUPTCY PROCEDURE 1019 (AS MODIFIED)

I, JOHN J. GORMAN, IV, state and declare:

1. I am the debtor in the above-referenced bankruptcy proceeding (the "Debtor").

2. I have not paid or agreed to pay anyone who is not an attorney to help me fill out my bankruptcy forms.

3. On this date, I filed the *Debtor's Amendments to Schedules of Assets and Liabilities and Statement of Financial Affairs in Accordance with Local Rule of Bankruptcy Procedure 1019 (as Modified)*.

4. Under penalty of perjury, I declare that I have read the foregoing Debtor's Amendments to summary and schedules and that they are true and correct.

5. I have read the Debtor's Amendments as they relate to the *Statement of Financial Affairs* (Dkt. No. 29) and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Signature of Debtor

Date 7/24/2019

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on July 26, 2019, a true and correct copy of the foregoing document was served via ECF-Notice on all parties requesting such notice, via ECF-Notice and/or E-mail on the parties listed below and via ECF-Notice and/or U.S. Regular Mail on the parties shown on the attached Service List.

**Chapter 7 Trustee**
John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801
pat.lowe.law@gmail.com

**Counsel to Chapter 7 Trustee**
Randall A. Pulman, Esq.
Thomas Rice, Esq.
Amber L. Fly, Esq.
Pulman, Cappuccio & Pullen, LLP
2161 NW Military Highway, Suite 400
San Antonio, TX 78213
rpulman@pulmanlaw.com
trice@pulmanlaw.com
afly@pulmanlaw.com

                                          */s/ Michelle V. Larson*
                                          Michelle V. Larson

```
Label Matrix for local noticing          U.S. BANKRUPTCY COURT                    10345 West Olympic Boulevard
0542-1                                    903 SAN JACINTO, SUITE 322              10345 W. Olympic Boulevard
Case 16-10740-tmd                         AUSTIN, TX 78701-2450                   Los Angeles, CA 90064-2524
Western District of Texas
Austin
Thu Jul 25 14:58:40 CDT 2019

1821 LLC                                  68 First Ave LLC                        AHA III Properties LLC
1000 Gorman Springs Drive                 68 First Ave                            c/o Eric J. Taube
Austin, TX 78737-9133                     Red Bank, NJ 07704                      Waller Lansden Dortch & Davis, LLP
                                                                                  100 Congress Ave., Suite 1800
                                                                                  Austin, TX 78701-4042

AHA III Properties, LLC                   AT&T Mobility II LLC                    Altus GTS, Inc.
327 FM 2004                               %AT&T SERVICES INC.                     PO Box 1389
Lake Jackson, TX 77566-4980               KAREN A. CAVAGNARO  PARALEGAL           Kenner, LA 70063-1389
                                          ONE AT&T WAY, SUITE 3A104
                                          BEDMINSTER, NJ. 07921-2693

American Express                          American Express                        American Express Bank FSB
PO Box 297858                             Po Box 650448                           c/o Becket and Lee LLP
Fort Lauderdale, FL 33329-7858            Dallas, TX 75265-0448                   PO Box 3001
                                                                                  Malvern  PA 19355-0701

American InfoSource LP as agent for       Armbrust & Brown, PLLC                  At&t
T Mobile/T-Mobile USA Inc                 c/o Andrew York, Esq.                   PO Box 5001
PO Box 248848                             100 Congress Avenue, Suite 1300         Carol Stream, IL 60197-5001
Oklahoma City, OK  73124-8848             Austin, TX 78701-2744

Austin Country Club                       BMW Financial Services NA, LLC          BSI Financial Services
4408 Long Champ Drive                     5550 Britton Pkwy                       1425 Greenway Drive, Ste 400
Austin, TX 78746-1162                     Hilliard, OH 43026-7456                 Irving, TX 75038-2480

Bank of America                           Barton Creek Country Club               Bayard, P.A.
PO Box 851001                             8212 Barton Club Drive                  600 N. King Street, Suite 400
Dallas, TX 75285-1001                     Austin, TX 78735-1499                   Wilmington, DE 19801-3779

Bayard, PA                                Blake Byram                             Blake Byram
222 Delaware Avenue, Suite 900            5905 Bold Ruler Way                     c/o Stephen Roberts
Wilmington, DE 19801-1611                 Austin, TX 78746-1842                   Strasburger & Price, LLP
                                                                                  720 Brazos Street, Suite 700
                                                                                  Austin, TX 78701-2531

Bobby Martinez Racing                     Botta Sferrazza Architects, PC          Brady J. Diehl Enterprises, Inc.
PO Box 24                                 132 North Main Street                   1165 Manitou Ave
Paige, TX 78659-0024                      East Hampton, NY 11937-2758             Steamboat Springs, CO 80487-4930

Brian J. Lester                           CITICards CBNA                          CODILIS & STAWIARSKI, P.C.
Tarbet & Lester, PLLC                     PO Box 6241                             ATTN: BANKRUPTCY DEPARTMENT
524 Montauk Hwy, PO Box 2635              Sioux Falls, SD 57117-6241              400 N. SAM HOUSTON PARKWAY EAST #90
Amagansett, NY 11930-2635                                                         HOUSTON, TX 77060-3548
```

```
Capital City Limo of Austin, LLC          Capital One Bank (USA), N.A.              CapitalOne Bank NA
1000 Gorman Springs Road                  PO Box 71083                              PO Box 71083
Austin, TX 78737-9133                     Charlotte, NC  28272-1083                 Charlotte, NC 28272-1083



Centennial Bank                           Centennial Bank                           Centennial Bank
13700 E. Arapahoe Road                    C/O Daniel J. Madden                      C/O Peter Ammon, VP and Special Assets M
Englewood, CO 80112-3903                  Fox Rothschild LLP                        209 West Hampden Avenue
                                          5420 LBJ Fwy #1200                        Englewood, CO 80110-2401
                                          Dallas, TX 75240-6215


Centennial Bank                           Chase                                     Chase Bank
c/o Christopher J. Dawes, Esq.            PO Box 24696                              PO Box 183166
1225 17th Street, Suite 2200              Columbus, OH 43224-0696                   Columbus OH 43218-3166
Denver, CO 80202-5516



Chase Bank USA NA                         Christopher J. Dawes, Esq.                City of Austin dba Austin Energy
PO Box 15298                              1225 17th Street, Suite 2200              721 Barton Springs RD
Wilmington, DE 19850-5298                 Denver, CO 80202-5516                     AUSTIN TX 78704-1145



Clinical Pathology Labs, Inc.             Daimler Trust                             Direct Propane Services
PO Box 141669                             c/o BK Servicing, LLC                     PO Box 619
Austin, TX 78714-1669                     PO Box 131265                             Manor, TX 78653-0619
                                          Roseville, MN 55113-0011



Directv, LLC                              Directv, LLC                              Directv, LLC
by American InfoSource LP as agent        by American InfoSource as agent           by American InfoSource as agent
PO Box 5008                               4515 N Santa Fe Ave.                      PO Box 5008
Carol Stream, IL  60197-5008              Oklahoma City, OK 73118-7901              Carol Stream, IL  60197-5008



Elgin Veterinary Hospital, Inc.           Elkins Kalt Weintraub Reuben Gartside     Elkins Kalt Weintraub Reuben Gartside LLP
PO Box 629                                2049 Century Park East                    10345 West Olympic Boulevard
Elgin, TX 78621-0629                      Suite 2700                                Los Angeles, CA 90064-2524
                                          Los Angeles, CA 90067-3202



Eric J. Taube                             FROST                                     Federal National Mortgage Assoc.
Waller Lansden Dortch & Davis LLP         ATTN: BANKRUPTCY DEPT. T-9                c/o Cole D. Patton
100 Congress Ave., 18th Floor             P O BOX 1600                              1255 West 15th Street, Ste. 1060
Austin, TX 78701-4042                     SAN ANTONIO, TX. 78296-1600               Plano, TX 75075-4220



Ford Motor Credit                         Ford Motor Credit                         (p)FORD MOTOR CREDIT COMPANY
P.O. Box 790119                           PO Box 31111                              P O BOX 62180
Saint Louis, MO 63179-0119                Tampa, FL 33631-3111                      COLORADO SPRINGS CO 80962-2180



Fritz Byrne Head & Fitzpatrick, PLLC      Frost Bank Recovery Dept                  Gregory S Milligan, Ch 11 Trustee
221 West Sixth Street, Suite 960          PO Box 2901                               c/o Shelby A. Jordan
Austin, TX 78701-3444                     San Antonio, TX 78299-2901                Jordan Hyden Womble Culbreth & Holzer
                                                                                    500 N Shoreline #900
                                                                                    Corpus Christi, TX 78401-0341
```

| | | |
|---|---|---|
| Gregory S. Milligan<br>Ch. 7 Trustee of Westech Capital Corp.<br>Harney Management Partners, LLC<br>P.O. Box 90099<br>Austin, TX 78709-0099 | Gregory S. Milligan<br>Court Appointed Liquidating Trustee<br>of Tejas Securities Group, Inc.<br>Harney Management Partners, LLC<br>P.O. Box 90099<br>Austin, TX 78709-0099 | Hon. Richard S. Schmidt, Ch. 11 Trustee<br>c/o Ray Battaglia<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, Texas 78218-3010 |
| Hughes Network Systems<br>c/o Joseph Mann & Creed<br>8948 Canyon Falls Blvd., Suite 200<br>Twinsburg, OH 44087-1900 | Humana<br>PO Box 14642<br>Lexington, KY 40512-4642 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | IRS<br>Centralized Insolvency Operation<br>PO Box 13528<br>Philadelphia, PA 19101-7346 | JB Goodwin Realtors<br>1613 S. Capital of Texas Hwy, Suite 100<br>Austin, TX 78746-6545 |
| JPMorgan<br>P.O. Box 78035<br>Phoenix, AZ 85062-8035 | JPMorgan Chase<br>PO Box 78420<br>Phoenix, AZ 85062-8420 | JPMorgan Chase Bank<br>c/o Harriet Langston<br>400 N. Sam Houston Parkway East<br>Suite 900 A<br>Houston, TX 77060-3548 |
| JPMorgan Chase Bank, N.A.<br>Chase Records Center Attn: Corres.<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | JPMorgan Chase Bank, N.A.<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Suite 100<br>Addison, TX 75001-4320 | JPMorgan Chase Bank, N.A.<br>c/o Timothy A. York<br>Quilling, Selander, Lownds, et al<br>2001 Bryan Street, Suite 1800<br>Dallas, TX 75201-3071 |
| JPMorgan Chase Bank, NA<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Suite 100<br>Addison, TX 75001-4320 | JPMorgan Chase Bank, National Association<br>Chase Records Center<br>Attn: Correspondence Mail<br>Mail Code LA4-5555<br>700 Kansas Lane<br>Monroe, LA 71203-4774 | James J. Pallotta<br>280 Congress, Suite 1200<br>Boston, MA 02210-1023 |
| James J. Pallotta<br>c/o Gregory P. Sapire<br>K&L Gates LLP<br>2801 Via Fortuna<br>Ste. 350<br>Austin, TX 78746-7596 | Jeffrey K. Riffer<br>Elkins Kalt Weintraub Reuben Gartside LL<br>2049 Century Park East, Suite 2700<br>Los Angeles, CA 90067-3202 | Jeffrey K. Riffer, Esq.<br>10345 West Olympic Boulevard<br>Los Angeles, CA 90064-2524 |
| John Byram<br>c/o Edward Burbach<br>Gardere Wynne Sewell, LLP<br>600 Congress Ave., Suite 3000<br>Austin, TX 78701-3056 | John Byram<br>c/o Stephen A. Roberts<br>Strasburger & Price, LLP<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | John Joseph Gorman, V<br>5404 Maryanna Drive<br>Austin, Texas 78746-1226 |
| Kerrigan Electric, Inc.<br>1 Marlpit Place<br>Middletown, NJ 07748-2028 | LAKE AUSTIN LAKE POINTE HOMEOWNERS ASSOCIATI<br>c/o RMWBH<br>2800 Post Oak Blvd. Ste. 5777<br>Houston, TX 77056-6157 | Lake Point Homeowners Assoc.<br>c/o First Service Residential Texas<br>7 Lakeway Centre Court, Ste. 102<br>Austin, TX 78734-2624 |
| Lincoln Automotive Financial Services<br>PO Box 54200<br>Omaha, NE 68154-8000 | Linebarger Goggan Blair & Sampson, LLP<br>1515 Cleveland Place, Suite 300<br>Denver, CO 80202-5113 | Lochte Feed and General Store<br>PO Box 548<br>Fredericksburg, TX 78624-0548 |

| | | |
|---|---|---|
| Loop 360 Water Supply Corporation<br>c/o Brian T. Cumings<br>Graves Dougherty Hearon & Moody PC<br>401 Congress Ave., Suite 2200<br>Austin, TX 78701-3790 | McLean & Howard, LLP<br>901 S. Mopac, Building 2, Suite 225<br>Austin, TX 78746 | Mercedes Benz Financial Services USA<br>c/o SRA Associates, Inc.<br>401 Minnetonka Road<br>Somerdale, NJ 08083-2914 |
| N-Hays Investors I, LP<br>c/o Jason Rudd<br>Wick Phillips Gould & Martin, LLP<br>3131 McKinney Avenue, Suite 100<br>Dallas, TX 75204-2430 | NetJets Aviation, Inc.<br>PO Box 933300<br>Atlanta, GA 31193-3300 | Northwest Parkway<br>c/o Linebargger Goggan Blair & Sampson<br>PO Box 659443<br>San Antonio, TX 78265-9443 |
| Orion Investigations, Inc.<br>274 Douglas Road<br>Staten Island, NY 10304-1526 | Progressive Waste Solutions<br>c/o Merchants & Professoinal Credit<br>5508 Parkcrest Drive, Suite 210<br>Austin, TX 78731-4929 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Receivables Performande Management, LLC<br>20814 44th Ave W<br>Lynnwood, WA 98036 | Seterus<br>PO Box 1077<br>Hartford, CT 06143-1077 | Seterus, Inc.<br>PO Box 1047<br>Hartford, CT 06143-1047 |
| Seterus, Inc.<br>c/o Yoshie Valadez<br>1255 West 15th Street,<br>Suite 1060<br>Plano, TX 75075-4220 | Sheppard Mullin Richter<br>30 Rockerfeller Plaza<br>New York, NY 10112-0079 | Sheppard, Mullin, Richter & Hampton LLP<br>c/o Richard W. Brunette, Esq.<br>333 S. Hope St 43rd Fl<br>Los Angeles, CA 90071-1422 |
| Southwestern Bell Telephone Company<br>% AT&T Services, Inc.<br>Karen Cavagnaro, Esq.<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | St. David's Heart & Vascular, PLLC<br>PO Box 402669<br>Atlanta, GA 30384-2669 |
| Stellar Recovery<br>1327 Highway 2 West 100<br>Kalispell, MT 59901 | Stephen G. Wilcox<br>c/o Ford Motor Credit Company, LLC<br>P.O Box 201849<br>Arlington, TX 76006-1849 | Steptoe & Johnson LLP<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 |
| Steptoe & Johnson LLP<br>Michael Richardson<br>Beck Redden LLP<br>1221 McKinney, Suite 450<br>Houston, TX 77010-2045 | Sussman Godfrey LLP<br>1000 Louisiana, Suite 5100<br>Houston, TX 77002-5096 | THE UNIVERSITY OF TEXAS SYSTEM<br>c/o Office of General Counsel<br>210 West Seventh Street<br>Austin, Texas 78701-2903 |
| Tamara Gorman<br>c/o Holly R. Davis<br>Kirker Davis LLP<br>8310 N. Cap. of Tex. Hwy, Bdg 1, Ste 350<br>Austin, TX 78731-1077 | Tamra Gorman<br>c/o Holly R. Davis<br>Kirker Davis LLP<br>8310 N. Cap. of Texas Hwy, Blg. 1, #<br>Austin, TX 78731-1011 | Tamra Inglehart Gorman<br>4404 A Dickson Street<br>Houston, Texas 77007-7467 |
| Tamra Inglehart Gorman<br>c/o Berry D. Spears/Stephen Humeniuk<br>Locke Lord LLP<br>600 Congress Avenue, Suite 2200<br>Austin, Texas 78701-3055 | Tamra Inglehart Gorman<br>c/o The Schultz Law Firm PC<br>The Penthouse, Suite 104<br>Austin, Texas 78704 | Taube Summers Harrison Taylor Meinzer Brown<br>Attn: Eric J. Taube<br>100 Congress Ave,, 18th Floor<br>Austin, TX 78701-4042 |

| | | |
|---|---|---|
| Tejas Securities Group, Inc.<br>Michael L. Navarre, Ratliff Law Firm, PL<br>600 Congress Ave., Suite 3100<br>Austin, TX 78701-2984 | Tejas Securities Group, Inc.<br>c/o Stephen A. Roberts<br>Strasburger & Price, LLP<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | The Search Engine Guys<br>Cloud8Sixteen, Inc.<br>115 Wild Basin Road, Suite 200<br>Austin, TX 78746-3347 |
| The Wenmohs Group<br>5910 Courtyard Drive, Suite 230<br>Austin, TX 78731-3353 | U.S. Bank Trust<br>c/o Richard Anderson, Esq.<br>4920 West Point Drive<br>The Colony, TX 75056 | US Bank Trust N.A., as trustee<br>C/O BSI Financial Services<br>1425 Greenway Drive, Ste 400<br>Irving, TX 75038-2480 |
| US Bank Trust NA, as Trustee of<br>Bungalow Series F Trust<br>c/o BSI Financial Services<br>314 Franklin St.<br>Titusville, PA 16354 | UT System obo UT at Austin<br>c/o The Office of General Counsel<br>201 West 7th Street<br>Austin, TX 78701-2902 | United Healthcare<br>4 Research Drive<br>Shelton, CT 06484-6242 |
| United States Trustee - AU12<br>United States Trustee<br>903 San Jacinto Blvd, Suite 230<br>Austin, TX 78701-2450 | University of Texas Longhorn Foundation<br>PO Box 7399<br>Austin, TX 78713-7399 | Vernon Company<br>c/o Biehl & Biehl, Inc.<br>325 E. Fullerton Ave.<br>Carol Stream, IL 60188-1865 |
| WILCOX LAW, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | WILCOX LAW, PLLC<br>P.O. Box 201849<br>Arlington, Texas 76006-1849 | Waller Lansden Dortch & Davis, LLP<br>100 Congress Avenue, Suite 1800<br>Austin, TX 78701-4042 |
| Wells Fargo Equipment Finance, Inc.<br>c/o Leyh Payne & Mallia, PLLC<br>9545 Katy Freeway, Suite 200<br>Houston, TX 77024-1469 | Wells Fargo Equipment Finance, Inc.<br>c/o Steven A. Leyh<br>Leyh, Payne & Mallia, PLLC<br>9545 Katy Freeway, Suite 200<br>Houston, Texas 77024-1469 | Westech Capital Corp.<br>c/o Stephen A. Roberts<br>Strasburger & Price, LLP<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 |
| Westech Capital Corporation<br>c/o Stephen Roberts<br>Strasburger & Price, LLP<br>720 Brazos Street, Suite 700<br>Austin, TX 78701-2531 | Wheeler Fairman & Kelley<br>301 Congress Ave., Suite 1175<br>Austin, TX 78701-2964 | William Inglehart, III<br>2107 Handel Avenue<br>Henderson, Nevada 89052-5716 |
| William Inglehart, John H. Groman,V<br>Tamra Ingelhart Gorman<br>c/o Richard Elliott<br>4709 West Lovers Lane. Ste. 200<br>Dallas, TX 75209-3178 | Winstead PC<br>500 Winstead Building<br>2728 N. Harwood Street<br>Dallas, TX 75201-1743 | Winstead PC<br>c/o Annmarie Chiarello<br>500 Winstead Building<br>2728 N. Harwood St.<br>Dallas, TX 75201-1516 |
| Xerox Suffolk<br>800 Washington Aveune, Suite 440<br>Baltimore, MD 21230-2344 | Yung Keithly LLP<br>208 North Market Sreet, Suite 200<br>Dallas, TX 75202-3212 | Zwicker & Associates, PC<br>80 Minuteman Road<br>Andover, MA 01810-1008 |
| John J. Gorman IV<br>5404 Maryanna Dr<br>Austin, TX 78746-1226 | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 | |