**APPEAL, CONVERTED, NODSC, NOCLOS, CREDADD, DeBN–Yes**

# U.S. Bankruptcy Court
## Western District of Texas (Austin)
### Bankruptcy Petition #: 16–10740–tmd

*Assigned to:* Bankruptcy Judge Tony M. Davis
Chapter 7
Previous chapter 11
Original chapter 11
Voluntary
Asset

*Date filed:* 06/27/2016
*Date converted:* 03/31/2019
*341 meeting:* 10/17/2019
*Deadline for filing claims:* 07/01/2019
*Deadline for objecting to discharge:* 12/16/2019

| | |
|---|---|
| *Debtor*<br>**John J. Gorman, IV**<br>8807 Gallant Fox<br>Austin, TX 78737<br>TRAVIS–TX<br>512–270–0000<br>SSN / ITIN: xxx–xx–8185 | represented by **John J. Gorman, IV**<br>PRO SE<br><br>**Michelle V. Larson**<br>Carrington, Coleman, Sloman & Blumenthal<br>901 Main Street<br>Suite 5500<br>Dallas, TX 75202<br>214–855–3130<br>Fax : 214–855–1333<br>Email: mlarson@ccsb.com<br>*TERMINATED: 02/11/2020*<br><br>**Kell C. Mercer**<br>(See above for address)<br>*TERMINATED: 09/29/2017* |
| *Trustee*<br>**Richard S Schmidt,** *Chapter 11 Trustee*<br>615 Leopard Street<br>Suite 635<br>Corpus Christi, TX 78401<br>(361) 360–0682<br>*TERMINATED: 04/01/2019* | represented by **Raymond W. Battaglia**<br>Law Offices of Ray Battaglia, PLLC<br>66 Granburg Circle<br>San Antonio, TX 78218<br>210.601.9405<br>Email: rbattaglialaw@outlook.com<br><br>**Jeffrey K Riffer**<br>Elkins Kalt Weintraub Reuben Gartside LLP<br>2049 Century Park East<br>Suite 2700<br>Los Angeles, CA 90067<br>310–746–4406<br>Email: jriffer@elkinskalt.com |
| *Trustee*<br>**John Patrick Lowe**<br>2402 East Main Street<br>Uvalde, TX 78801<br>830–407–5115 | represented by **Amber L Fly**<br>Pulman Cappuccio & Pullen, LLP<br>2161 NW Military Hwy, Suite 400<br>San Antonio, TX 78213–1844<br>(210) 933–0612<br>Email: afly@pulmanlaw.com<br>*TERMINATED: 07/31/2020* |

**John Patrick Lowe**
2402 East Main Street
Uvalde, TX 78801
830–407–5115
Email: pat.lowe.law@gmail.com

**Randall A. Pulman**
Pulman Cappuccio & Pullen LLP
2161 NW Military Hwy, Suite 400
San Antonio, TX 78213
(210) 222–9494
Fax : (210) 892–1610
Email: rpulman@pulmanlaw.com

| **Filing Date** | **#** | **Docket Text** |
|---|---|---|
| 09/16/2020 | 670 | Notice of Appeal Filed by Debtor John J. Gorman IV ( Filing Fee:$ 298.00 ) (Wallace, Adam) (related document(s): 666 Order Regarding (related document(s): 616 Motion to Approve Compromise under Rule 9019 *(21 Day Objection Language)* filed by Nathaniel Peter Holzer for Trustee John Patrick Lowe, Interested Party Gregory S. Milligan (Attachments: # 1 Exhibit 1 # 2 Proposed Order)) (Order entered on 9/14/2020), 667 Stipulation and Agreed Order Regarding (related document(s): 638 Expedited Motion (Unopposed) for Entry of Joint Stipulation to Modify the Automatic Stay to Permit FINRA Panel in Arbitration Case #14–00936, To Consider and Rule Upon a Motion to Dismiss filed by Nathaniel Peter Holzer for Interested Party Gregory S. Milligan (Attachments: # 1 Proposed Order)) (Order entered on 9/14/2020)) |

Official Form 417A (12/18)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): John J Gorman IV    16-10740-TMD

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

   For appeals in an adversary proceeding.
   ☐ Plaintiff
   defendant
   ☐ Other (describe) _____

   For appeals in a bankruptcy case and not in an adversary proceeding.
   X Debtor
   creditor
   ☐ Trustee
   other (describe) FINRA CRD # 1070636 FINRA 14-009236 Arbitration

## Part 2: Identify the subject of this appeal

1. Describe the judgment, order, or decree appealed from: Doc 666 & Doc 667

2. State the date on which the judgment, order, or decree was entered: September 11, 2020

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

Party: 1. ATTORNEYS FOR JOHN PATRICK LOWE, CHAPTER 7 TRUSTEE FOR THE ESTATE OF JOHN J. GORMAN, IV

Randall A. Pulman Texas State Bar No. 16393 rpulman@pulmanlaw.com

Party 2. Gregory Milligan Westech Chapter 7 Trustee

Nathaniel Peter Holzer
Jordan Holzer & Ortiz, P.C.
500 North Shoreline Blvd, Suite 900
Corpus Christi, TX 78401
Email: pholzer@jhwclaw.com

Official Form 417A Notice of Appeal and Statement of Election    page 1

3

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☐ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

**Part 5: Sign below**

_____ Date: September 16, 2020
Signature of attorney for appellant(s) (or appellant(s)
if not represented by an attorney)
JOHN J GORMAN IV PRO SE
9409 La Puente Drive
Austin TX 78749 512 270 0000 johnjgormaniv@gmail.com

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[Note to inmate filers: If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]